JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA GONZALEZ MONTOYA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:23-cv-00544-JLT-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 45-day extension of time, from July 5, 2023 to August 21, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

1

on the same week. For the weeks of June 26, 2023 and July 3, 2023, Counsel currently has 13 merit briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 27, 2023          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: June 27, 2023          PHILLIP A. TALBERT
                              United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Office of Program Litigation
                              Social Security Administration


By:  */s/ Heidi Triesch*
    Heidi Triesch
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on June 27, 2023)

2

# **ORDER**

Pursuant to stipulation, and cause appearing, Plaintiff's request for an extension of time to file a Motion for Summary Judgment is GRANTED. Plaintiff shall file a Motion for Summary Judgment on or before August 21, 2023. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **June 28, 2023**          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE