DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA GONZALEZ MONTOYA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.  1:23-cv-00544-JLT-BAM (SS)<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 4-day extension of time, from August 21, 2023 to August 25, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs

being due on the same week.  . For the weeks of August 21, 2023 and August 28, 2023, Counsel currently has 3 merit briefs, and several letter briefs and reply briefs.   This matter has recently been reassigned and Plaintiff's Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                              Respectfully submitted,

Dated:  August 14, 2023       PENA & BROMBERG, ATTORNEYS AT LAW


                                  By: */s/ Dolly M. Trompeter*
                                     DOLLY M. TROMPETER
                                     Attorneys for Plaintiff


Dated: August 14, 2023        PHILLIP A. TALBERT
                                     United States Attorney
                                     PETER K. THOMPSON
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration


                                By:  *\*/s/ Heidi  Triesch*
                                     Heidi  Triesch
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant
                                     (\*As authorized by email on August 14, 2023 )

# **ORDER**

Pursuant to stipulation and good cause appearing, Plaintiff shall serve Defendant with Plaintiff's Motion for Summary Judgment on or before August 25, 2023. All corresponding deadlines are modified accordingly.

IT IS SO ORDERED.

Dated: **August 15, 2023**        /s/ *Barbara A. McAuliffe*
                    UNITED STATES MAGISTRATE JUDGE