# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA GONZALEZ MONTOYA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:23-cv-0544 JLT BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br>(Doc. 17)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF ANA GONZALEZ MONTOYA AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

Ana Gonzalez Montoya and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on September 25, 2023. (Doc. 17.) Pursuant to the terms of the stipulation: "the Appeals Council will remand the case to an Administrative Law Judge… for a new decision, and instruct the ALJ to re-evaluate the evidence of record." (*Id*. at 1.) The parties also stipulated judgment shall be entered in favor of Plaintiff and against the Commissioner. (*Id*.) Based upon the terms of the stipulation, the Court **ORDERS**:

    1.    The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

    2.    Plaintiff's motion for summary judgment (Doc. 15) is terminated as **MOOT**.

1

3.  The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Ana Gonzalez Montoya and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __**September 27, 2023**__

UNITED STATES DISTRICT JUDGE

2